**Centurion Legal Group**
**P.O. Box 470**
**Framingham, MA 01704**
**617-433-9444**
**removal@centurionlegalgroup.com**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MASSACHUSETTS**
**BOSTON, MASSACHUSETTS**

| | |
|---|---|
| **Mukendi MBIYA,**<br><br>  Petitioner,<br><br>  v.<br><br>**Kristi L. NOEM**, Secretary of the U.S. Department of Homeland Security,<br><br>**Todd LYONS**, Acting Director of U.S. Immigrations and Customs Enforcement,<br><br>**Patrica HYDE**, Acting Field Office Director, Immigration and Customs Enforcement, Boston,<br><br>**Joseph D. McDONALD**, Sheriff of Plymouth County, Massachusetts, and<br><br>**Antone MONIZ**, Superintendent, Plymouth County Correctional Facility,<br><br>  Respondents | Civ. No. 1:25-cv-12446-AK<br><br>**PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 USC §2241** |

## <u>PETITIONER'S MOTION TO WITHDRAW PETITION FOR WRIT OF HABEAS CORPUS</u>

      Petitioner, Mukendi Mbiya ('Petitioner'), hereby seeks leave to withdraw his Petition for Writ of Habeas Corpus.

      Following conference with opposing counsel, it has become clear that Petitioner was removed from the jurisdiction of the court some hours before the filing of his Petition and the issuance of the Court's various orders. As such, it appears that the Court does not have jurisdiction over this matter. 28 U.S.C. § 2241(a); *see Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004) ("jurisdiction lies only in one district: the district of confinement").

      For the above reasons, Petitioner respectfully requests that the Court permit him to withdraw his petition for habeas corpus at this time, without prejudice.

      Respectfully submitted this 5th day of September, 2025.

      On behalf of Petitioner,

_____
Christopher J. Lavery, Esq.
BBO#658721

**CERTIFICATE OF SERVICE**

I, Christopher J. Lavery, Esq., hereby certify that this document(s) flied through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants by mail this 5th day of September, 2025.

÷

_____
Christopher J. Lavery, Esq.
BBO#658721